# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
OFFICER BEATRICE HOLDER

**DEFENDANTS**
Cook County, Illinois, a Body Politic; Sheriff Tom Dart; Michael Sheahan; Cook County Department of Corrections

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

*KC FILED FEB 25 2008 2-25-2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael J. Greco, Attorney at Law, 70 W. Hubbard Street, Suite 302
Chicago, Ill. 60610  312 222-0599

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

08CV1131
JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CIVIL RIGHTS: [x] 442 Employment

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
[x] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
Title 42 USC 2000e et seq.  Race-based Discrimination in Employment

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

**IX. This case**
[x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE  2/19/2008

SIGNATURE OF ATTORNEY OF RECORD