UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Beatrice Holder
       Plaintiff,

v.               Case No.: 1:08−cv−01131
               Honorable Wayne R. Andersen

Cook County, Illinois, et al.
       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

                     /s/ Wayne R. Andersen

                     United States District Judge