UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Beatrice Holder
                                Plaintiff,

v.                                                   Case No.: 1:08−cv−01131
                                                         Honorable Wayne R. Andersen

Cook County, Illinois, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 6/26/2008. Status hearing set for 9/25/2008 at 10:00 AM. Plaintiff's oral motion for an additional 30 days to obtain service of process on defendants is granted. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.