## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                             Case Number: 08 C 1131

BEATRICE HOLDER

V.

COOK COUNTY, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL DEFENDANTS

---

| | |
|---|---|
| NAME (Type or print)  <br>ARLEEN C. ANDERSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  <br>s/ ARLEEN C. ANDERSON | |
| FIRM  <br>COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS  <br>RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST., ROOM 500 | |
| CITY/STATE/ZIP  <br>CHICAGO, ILLINOIS  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  <br>6182510 | TELEPHONE NUMBER  <br>(312) 603-5471 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  <br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |