**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BEATRICE HOLDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 08 C 1131** |
| v. | ) | |
| | ) | **Judge Wayne Andersen** |
| **Cook County, Illinois, a body politic,** | ) | |
| **Sheriff Tom Dart, Michael Sheahan,** | ) | **Magistrate Judge Denlow** |
| **Cook County Department of Corrections,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF DEFENDANTS'
## MOTION TO DISMISS COMPLAINT

**TO:   SERVICE LIST**

   **YOU ARE HEREBY NOTIFIED** that on September 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Wayne Anderson in the courtroom usually occupied by him, Room 1403, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present the attached motion entitled, DEFENDANTS' MOTION TO DISMISS COMPLAINT.

                                       Respectfully submitted,

                                       **RICHARD A. DEVINE**
                                       State's Attorney of Cook County

               By:   s/s  Arleen C. Anderson

                                       Arleen C. Anderson
                                       Assistant State's Attorney
                                       500 Richard J. Daley Center
                                       Chicago, Illinois 60602
                                       (312) 603-5471

**SERVICE LIST**

Michael J. Greco
Attorney at Law
70 W. Hubbard Street, Suite 302
Chicago, Illinois   60610

**CERTIFICATE OF SERVICE**

    I, Arleen C. Anderson, Assistant State's Attorney, certify that I served this notice by electronically mailing it to the persons on the service list or by other means on August 22, 2008.

                                                  s/s  Arleen C. Anderson