UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Beatrice Holder
                            Plaintiff,

v.                                              Case No.: 1:08–cv–01131
                                                            Honorable Wayne R. Andersen

Cook County, Illinois, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to dismiss[8] is entered and briefed as follows:Responses due by 9/26/2008 Replies due by 10/10/2008. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.